Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED _____ LODGED
RECEIVED _____ COPY

MAR 2 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Criminal And Civil Division

| | | |
|---|---|---|
| Joshua R. Macias | ) | Case No.  **CV-19-01960-PHX-JZB** |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| –v– | ) | |
| | ) | |
| The Pegasus Group LLC | ) | |
| The Pegasus Group LLC/Central Self Storage | ) | |
| Central Self Storage | ) | |
| | ) | THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING |
| *Defendant(s)* | ) | TO FEDERAL AND/OR LOCAL RULES AND PRACTICES |
| *(Write the full name of each defendant who is being sued. If the* | ) | AND IS SUBJECT TO REJECTION BY THE COURT. |
| *names of all the defendants cannot fit in the space above, please* | ) | REFERENCE  *LRGvP 5.4* |
| *write "see attached" in the space and attach an additional page* | ) | *(Rule Number/Section)* |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua R. Macias |
| Street Address | 5156 W. Olive Ave Glendale, Arizona 85302 |
| City and County | Glendale, Maricopa |
| State and Zip Code | Arizona 85302 |
| Telephone Number | (623) 498-6644 |
| E-mail Address | MRPTHEPRODUCER@HOTMAIL.COM |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                               The Pegasus Group LLC

    Job or Title *(if known)*

    Street Address                115 Broadway, Suite 1702 New York, New York 10006

    City and County              New York, New York

    State and Zip Code        New York 10006

    Telephone Number         (212) 203-1441

    E-mail Address *(if known)*

Defendant No. 2

    Name                               The Pegasus Group LLC/Central Self Storage

    Job or Title *(if known)*

    Street Address                1148 Alpine Road Walnut Creek, California 94596

    City and County              Walnut Creek, Contra Costa County

    State and Zip Code        California 94596

    Telephone Number         (919) 865-0789

    E-mail Address *(if known)*

Defendant No. 3

    Name                               Central Self Storage

    Job or Title *(if known)*

    Street Address                9029 North 43rd Ave Phoenix, Arizona 85051

    City and County              Phoenix, Maricopa

    State and Zip Code        Arizona 85051

    Telephone Number         (877) 902-9992

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Exhibit #1. (18 USC Ch. 19: CONSPIRACY), Exhibit #2. (18 USC Ch. 47: FRAUD AND FALSE STATEMENTS),
Exhibit #3. (18 USC Ch. 103: ROBBERY AND BURGLARY), Exhibit #4. (18 USC Ch. 113: STOLEN PROPERTY), Exhibit #5. (18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS), Exhibit #6. (18 USC Ch. 95: RACKETEERING), Exhibit #7. (15 U.S. Code 1901

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Joshua R. Macias                    , is a citizen of the State of *(name)*  Arizona                    .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    ,

        and has its principal place of business in the State of *(name)*                    .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*   The Pegasus Group LLC/Central Self Stor , is a citizen of the State of *(name)*   New York                . Or is a citizen of *(foreign nation)*                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant,  *(name)*    The Pegasus Group/Central Self Stor⊞ , is incorporated under

the laws of the State of *(name)*   New York                                , and has its

principal place of business in the State of *(name)*   Arizona                                .

Or is incorporated under the laws of *(foreign nation)*   _____ ,

and has its principal place of business in *(name)*   _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MY ACTUAL INNOCENCE STOLEN OUTA STORAGE, $500 BILLION WORTH OF CIVIL LAW WORK TO PROVE MY INNOCENCE OF FALSE, FABRICATED, CRIMES, SINCE 9/27/2002 STOLEN ON 3/27/2017. TO PROTECT MY FREEDOM, INNOCENCE OF ARIZONA, U.S.A. INTERNATIONAL WORLD WIDE. BUSINESS EQUIPMENT, MY MOTHERS CLASSIFED DOCUMENTS AS WELL AS MY INTENSE ILLEGAL COVERED UP TAMPERED WRONGFUL⊞

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Fraud Contract-For Corrupt Officials And Corrupt People To Fabricate False Incrimination OF False Crimes To Effect ME & My Civil Law Suits. PTI Security Systems And The Pegasus Group/Self Central Storage Failed To Notify ME That My Storage Unit Was Burglarized By Corrupt People Being In And Outa My Storage For 180 Days Documented. Highly Classified Documents Were Stolen To Prove My Actual Innocence Investigating Since Sept. 28th, 2002 Which Is The Actual Tampered Evidence Being The Original Obsolete Dated False Reports. All My Valuable Possessions For My Business Worth Actual Billions Being In The High Trillions Were Stolen. Everything That I Had To Protect My Actual Innocence Of False Fabricated Wrongful Crimes Was Stolen And Some Of My ⊞

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

#1. (2 USC 1415: Payments) Settle In Or Outa Court For $200 Billion U.S.A. Dollars From All Combined Defendants Or Partie's Who Acted And Ingaged In This Unlawful Scheme. Ill Except $60 Billion U.S.A. Dollars, But If You Dont Come To An Agreement For Settling In Or Outa Court Within 45 Business Days From 4/1/2019, Then Have Defendants Arrested, Indicted, Prosecuted In State And Federal Law For International Global Crime's That Took Place On The Property Of Central Self Storage At The Location Of 9029 North 43rd Ave Phoenix, Arizona U.S.A., And They Can Settle From Custody, Plus Settle A Total Of 10% Companies Stocks In Or Outa Court From All Combined Company Share's. Ill Except 4.51% Of Company Stocks Outa Or In Court. If They Don⊞

Then Have Defendants Prosecuted, Arrested, Indicted In State And Federal Law For International Global Crime's That Took Place On The Property Of Central Self Storage At The Location Of 9029 North 43rd Ave Phoenix, Arizona U.S.A., Exhibit #2. (18 USC Ch. 19: CONSPIRACY), Exhibit #3. (18 USC Ch. 47: FRAUD AND FALSE STATEMENTS), Exhibit #4. (18 USC Ch. 103: ROBBERY AND BURGLARY), Exhibit #5. (18 USC Ch. 113: STOLEN PROPERTY), Exhibit #6. (18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS), Exhibit #7. (18 USC Ch. 95: RACKETEERING), Exhibit # 8. (15 U.S. Code 1901 Liability)-(Personal Risk Liability), Exhibit #9. (18 USC Ch. 41: EXTORTION AND THREATS), Exhibit #10. (12

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/25/2019

Signature of Plaintiff  _____

Printed Name of Plaintiff  Joshua Mucci

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____




















## Joshua R. Macias VS.
## The Pegasus Group LLC Real Estate/Central Self Storage

### STATEMENT OF FACTS AND BREACH

#### CRIMINAL AND CIVIL LAW SUIT CASE ON 3/27/2017 MARCH 27th, 2017 PROCEEDINGS

STATEMENT OF ACTUAL FACTS FOR MY ACTUAL INNOCENCE THAT WAS STOLEN OUTA MY STORAGE UNIT, PLUS $500 BILLION WORTH OF CIVIL LAW WORK TO PROVE MY ACTUAL INNOCENCE OF FALSE, SERIOUS, WRONGFUL, FABRICATED, CRIMES, EVER SINCE 9/27/2002, DISCOVERING IT ALL STOLEN ON 3/27/2017. IT WAS FOR MY CIVIL PROCEEDINGS TO PROTECT MY FREEDOM, INNOCENCE, WELL BEING OF ARIZONA, U.S.A. INTERNATIONAL WORLD WIDE OF AND FOR THE WHOLE WORLD INFINTE FOR ALL EXISTANCE. PLUS ALOTA BUSINESS, MUSIC EQUIPMENT, MORE CIVIL LAWSUIT EVIDENCE, PROOF OF ACTUAL INNOCENCE EVIDENCE AND MY MOTHERS HIGHLY CLASSIFED DOCUMENTS AS WELL AS MY INTENSE ILLEGAL COVERED UP TAMPERED WRONGFUL POLICE INTERROGATIONS CAUSED BY CROOKED CURRUPT OFFICIALS.

This Document Is **NOT** Fabricated, False Evidence. These Are Actual, Factual, Not Made Up, **REAL, ACTUAL, REPORTING, UNTAMPERED, DATED, TIMED, FACTUAL, EVIDENCE, THAT I AM NOT GUILTY OF WHO EVER DID THIS STORAGE UNIT CRIME. ANY ONE COULD FRAME ME STILL. I DONT WANT THAT HAPPENING AGAIN AND OR BEING IN ANY FALSE CUSTODYS EVER AGAIN OR NO MENTAL PSYCHWARD FACILITIES. THOSE PLACES ARE EXTREMELY BAD AND NOT FOR INNOCENT PEOPLE LIKE ME OF THE REAL RICH AND FAME OF THE WHOLE INTIRE WORLD. PHYSICS AND STRING THEORY THAT BEING SAID IS CAUSE & EFFECT. IM ACTUALLY INNOCENT.**

ANYBODY OR ANYONE TRYNA FABRICATE FALSE CRIMES AGAINST ME, I'M INDICTING ANYBODY TRYNA RUIN MY CIVIL LAW SUITS FOR MY ACTUAL INNOCENCE. IF YOUR FOR ME, ILL PROTECT YOU. IF YOUR TRYNA MAKE UP FALSE FABRICATED CRIMES AGAINST ME, I WONT HELP YOU OUT.

ALL FACTS NO CONSPIRACIES ALL BASED IN AND ON A REAL TRUE STORY
JOSHUA R. MACIAS CEO OF M.R.P. LLC FUTURE CORPORATIONS "THE PRODUCER"   COPYRIGHT
2002-INFINITE LIBRARY OF CONGRESS WASHINGTON D.C. U.S.A.
ALL RIGHTS AND TRADE MARKS RESERVED

# CRIMES AND
# VIOLATIONS

## APPLICABLE LAW SUPPORTING CLAIMS .

Exhibit #1.     Criminal Claim #1. (A.R.S. 13-1003) CONSPIRACY

Exhibit #2.     Criminal Claim #2. (A.R.S. 13-2310) FRAUD

Exhibit #3.     Criminal Claim #3. (A.R.S. 13-1506, 13-1507, 13-1508) BURGLARY

Exhibit #4.     Criminal Claim #4. (A.R.S. 13-1802) THEFT

Exhibit #5.     Criminal Claim #5. (A.R.S. 12-551) PRODUCT LIALBILITY

Exhibit #6.     Criminal Claim #6. (A.R.S. 12-548) BREACHED CONTRACT

Exhibit #7.     Criminal Claim #7. (A.R.S. 12-542) NEGLIGENCE

## SUMMARY JUDGEMENT CRIMINAL AND CIVIL COMPLAINT REPORT

**Article #1.**

Fraudulent Contract Was And Is Pre-Planned And Doctored Against ME To Protect The Owners As Well
As Partners And Investors Of The Pegasus Group LLC Real Estate/Central Self Storage Company For Their
Civil And Criminal Crime's Which Is A Outstanding, Federal Crime. For The Reason Being, To Cause
Contradict And Conflict Of My Whole Protection, Sole, Ownership, Being Against ME, For Currupt People
And Currupt Officials To Fabricate False Incrimination OF False Crimes Against ME, To Effect ME & My
Civil Law Suits Of All My Actual Innocence, Against All Faulties From 2002 And Up, Also For All My Civil
Rights And Civil Law Suits Causing Tremendous Jeopardy That Has Been Beyond Criminally, Civilly,
Violated, Ever Since My Past, Present As Well As Now Into The Future. This Being The Most, Illegal,
Larceny, Burglary, Occurance That Took Place At The Location Of 9029 North 43rd Ave Phoenix, Arizona
85051 Being Self Central Storage Facility, Which I Then Discovered On 3/27/2017, March 27th, 2017
Reporting To Officer Mesho From Phoenix Police Department, Arizona, U.S.A. Original Report That Was
Improperly Documented And Was Possibly Hacked Or Discarded By Only God Knows Who. Coulda Been
The Storage Company Or Possible Moles Who Infiltrated Officer Mesho's Intel Who Been Tryna Falsely
And Wrongfully, Fabricate, Serious, False, Crimes Against ME Ever Since 9/27/2002, Sept. 27th, 2002 For
My Actual Innocence And Civil Suit's That Have Been Suppressed All Thses Years By Currupt Officials.

**Article #2.**

I Discovered That My Contract Agreement Was And Is Doctored On 3/7/2019, March 7th, 2019. This Puts All Faulties In Major, State, U.S.A., International, Criminal And Civil Law Violation's From The Day That I Originally Signed On And Of 6/25/2016, June 25th, 2016 For Central Self Storage Owned And Operated By The Pegasus Group LLC Real Estate Group In Phx, AZ. U.S.A.

This Has Put My Living Being In Jeopardy More Then What It Already Is For My Actual Freedom To Be Falsely Accused Of False Fabricated Made Up Crimes Again That I Fear Of For My Well Being Plus With No Money Power That I Dont Have Due To Because Of Currupt Officials, Currupt People And Moles Tryna Suppress ME For All The Real, False, Fabricated, Currupt, Wrongful, Illegal, Actual, Intense Crimes They've Commuted, Commited And Caused Against Me Ever Since September 28th, 2002 In The City Of El Mirage, Arizona U.S.A.

**Article #3.**

The Pegasus Group LLC Real Estate/Central Self Storage Company Failed To Notify ME By Any And Or All Means What So Ever That My Storage Was Burglarized, Larcenist, By Corrupt People Being In And Outa My Storage Unit Just About Everyday For The 1st., Latest 180 Days Of Before 3/27/2017, March 27th, 2017. Probally More Days Of The Break In Occured. Whoever Ingaged In This Illegal Activity, The Pegasus Group LLC Real Estate/Central Self Storage Company Was Letting Who Ever Caused This To Ingage In Their Covered Up, Actual, Crimes Against ME. The Dates Shown On And From 11/3/2016 - 3/27/2017 Being November 3th, 2016 To March 27th, 2017.

**SEE ATTACHED REPORTS     MOTION OF DISCOVERY A.R.S. 15.1, 15.2**

The Reason Why This Was Done To ME Was Because I Been A Targeted Victim Of The State As Well As The U.S.A. For Currupt Officials Who Been Fooling Righteous Officials Against ME For All The False, Fabricated, Wrongful, Illegal, Arrest And False, Fabricated Crimes I Been Thru.

**Article #4.**

This Was Caused To Have All Of My Very Important Belongings Stolen, To Be Auctioned Off, To Make Billions Off Of ME And To Be Wrongfully Planted, For False, Wrongful, Beyond, Self Incrimination, Evidence, Against ME, To Wrongfully And Falsely Frame ME Of False Fabricted Made Up Crimes That The Faulties Are Planning To Fabricate With Currupt Officials As Well As Currupt People Who Been Tryna Jeopardize All My Serious Multi-Billion And Multi-Trillion Dollar Actual Civil Law Suits Against Currupt Agencies Of All My Situations For My Actual Innocence That I DO NOT WANT IT TO EFFECT AT ALL. WHICH IT ALREADY HAS NOW. I Do Not Want This Ever Causing Jeopardy For My Actual Freedom For The Real, Rich And Fame Of My Music And Film Production's, Businesses, From ME To Become A Real Muilti-Trillionaire Future Business Man For All My Actual Innocence For What Im Actual Worth ME Becoming A Real Future Multi-Trillionaire Of The World. Which In This Case Of This Deed Now Being, It Has Already Put A Actual **$500 Billion** Dollar Effect On ME And My Career, To A **Multi-Trillion**, If Not Settled In Or Outa Criminal And Civil Court Against Faulties, For ME To Be Actually Civilly Paid. Its Not Rocket Science. Its Only Common Sense That The Defendants Conspired This Crime With Who Ever Was Doing This To Steal My Whole Life Ahead Of Me And Now.

## PROPERTY STOLEN FROM ME DUE TO THE COMPANIES CRIMES

The Tampered Interrogation Reports To Destroy My Reputation Of All Extreme, Insane, False Incrimination Caused And Coverd Up By Currupt, Crooked, Cops Who All Been Fooling U.S.A. And U.N. International Righteous Officials And Officers.

Claim #1. $500 Billion Dollars Worth Civil Law Suits Being Valued In The Actual Trillions Of 2019 Against Currupt Agencies Of My Original, Extorted, Illegal, Tampered, Fabricated, Covered Up, Interrogation Reports To Prove My Actual Innocence That Was Created And Caused By Currupt Crooked Officials Who Been Fooling Righteous Officials To Embezzle $500 Billion Dollars Worth From 2002 To Being In The High Trillion Dollars In Todays 2019 Blackmarket, World Wide Of International Global Crimes To Blackmail, Extort, Righteous Agencies, Bribing For Money Commiting Blackmail Or Theft By Extortion-Exposing A Secret Or Asserted Fact Wether True Or False Tending To Subject Anyone To Hurt My Credit Or Business As Well As Reputation And Of My Character To Benefit Currupt Agencies Who Been Fooling Righteous Officials To Suppress And Jeopardize My Civil Law Suits Against Currupt Officials Profitting Their Curruption Against ME. False Statements To Obtain Benefits-A Person Who Makes False Reports To Obtain & Increase Benefit Or Other Payment Under This Chapter Either For Himself Or For Federal And Foreign Government Officials World Wide.

Claim #2. $25,000 Worth Of Obsolete Professional Electronic Music Recording Equipment.

Claim #3. $100,000.00 Worth Of Other Civil Law Suits Proving My Damages Of Certain Music Equipment Against Currupt Attorneys, Currupt Judges And Currupt Officials Cheating ME.

Claim #4. Multi-Million Dollars Worth Of Medical Malpractice Civil Law Documents Against Currupt Dr.s Who Conspired With Currupt Officials To Jeopardize Alota My Civil Law Suits.

Claim #5. My Moms COVER, CLASSIFIED MILITARY NAVY INTEL DOCUMENTS When She Was Secretly Working In And For The Shadow Government For A.I. Atificial Intelligence In 1980 Worth A VERY INSANE AMOUNT. CLASSIFED VALUE. TOP SECRET SECTOR 4808 AREA 51.

Claim #6. All My Business Paperwork, Financial Documents, Copyrights, Hard Drives With Copyrights, Library Of Congress Certifcates Thats Are Classified Copyrights Being Poorman's Copyrights, Business Contracts, Autographs, Moms Collection Of Things, Very Rare Cards.

People Will Auction My Things Off In The Possible Trillions Once Im Famous World Wide.

## Exhibit #1. Conspiracy (A.R.S. 13-1003)

Conspiracy (A.R.S. 13-1003)

In Arizona, Conspiracy is defined by A.R.S. §13-1003 as being an occurrence when a person acts with the intention to assist or promote in the commission of an illegal offense and makes an agreement with one or more people to engage in conduct that results in at least one person taking action to further the offense.

It is important to note, however, that an overt act is not always required when the conspirators worked together to commit a felony act upon another person, such as arson or first-degree burglary. Additionally, when a person is facing these charges and has reasonable knowledge that their co-conspirator has worked with third-parties to commit the same offensive act, then the defendant can also be connected to those third-parties. This can occur even when the defendant does not know the identity of the third-party individuals. Finally, anyone who is charged with Conspiracy should be aware that only one count can be charged for multiple offenses when the defendant has committed these acts under a single agreement with the co-conspirators.

**Potential Punishments For Conspiracy**

Those who have conspired to commit an act that is classified as a class one felony, such as murder, can be issued a life sentence in prison with no option for early release until they have served at least 25 years of their term. Any other charges for conspiring will be penalized according to the felony level issued for the crime that was the subject of the agreement among the conspirators. An example of this is a person who conspires with others to commit a class three felony. In this instance, a person would be tried and sentenced according to the procedures for any class three felony charge.

A first-offense class two felony faces a penalty ranging from probation to twelve and one-half years prison time. Those with one or more allegeable historical prior convictions can have their penalties escalated to include up to 35 years of incarceration.

A first-offense class three felony faces a penalty ranging from probation to eight and three-quarters years in jail. Those with one or more allegeable historical prior convictions can be sentenced with up to 24 years incarceration in prison.

A first-offense class four felony faces a penalty ranging from zero days up to a year in jail with probation, to three and three-quarter years prison time. Those with one or more allegeable historical prior convictions can be sentenced with up to 15 years of incarceration.

## Exhibit #2. Fraud (A.R.S. 13-2310)

Fraud (A.R.S. 13-2310)

Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-2310, "Fraudulent Schemes" occurs when a person creates a scheme or artifice to defraud, and knowingly obtains any benefit by means of false or fraudulent pretenses, representations, promises or material omissions.

Fraudulent Schemes

Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-2310, "Fraudulent Schemes" occurs when a person creates a scheme or artifice to defraud, and knowingly obtains any benefit by means of false or fraudulent pretenses, representations, promises or material omissions. A "scheme or artifice" to defraud includes a scheme to deprive a person of the intangible right of honest services. To be convicted, it is not necessary that the person who is defrauded actually relied on the fraud.

## Possible Punishment for Fraudulent Schemes

Conviction on a first-offense Fraudulent Schemes charge is a class two (2) felony , carrying punishment of probation with zero (0) days in jail up to one (1) year in jail, or prison of three (3) years to twelve and one half (12.5) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is four and one half (4.5) years to twenty-three and one quarter (23.25) years in prison. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is ten and one half (10.5) to thirty-five (35) years of incarceration.

If the amount of benefit received by the defendant is valued at $100,000.00 or more, then probation is not available and the "prison only" range must be served. However, we would still argue for the minimum prison sentence as opposed to the maximum; your case is not hopeless.


## Exhibit #3. Burglary (A.R.S. 13-1506, 13-1507, 13-1508)

Burglary (A.R.S. 13-1506, 13-1507, 13-1508)

Burglary ARS 13-1506, 13-1507 and 13-1508. Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-1506, §13-1507 and §13-1508, "Burglary" (also known as "breaking and entering") occurs when a person enters or unlawfully remains on a property with the intent to commit any type of Theft or felony therein.


Burglary ARS 13-1506, 13-1507 and 13-1508

Criminal Damage, Burglary, Arson, and Trespassing in Arizona » Burglary ARS 13-1506, 13-1507 and 13-1508

Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-1506, §13-1507 and §13-1508, "Burglary" (also known as "breaking and entering") occurs when a person enters or unlawfully remains on a property with the intent to commit any type of Theft or felony therein. Burglary in the "First Degree" occurs when a person possesses a deadly weapon or dangerous instrument (or an explosive) during the Burglary. Burglary in the "Second Degree" occurs when a person has merely entered a residential structure without a deadly weapon. Burglary in the "Third Degree" occurs when a person has entered a fenced commercial or residential yard, or has made entry into a motor vehicle by means of manipulation of the key or master

## Possible Punishment for Burglary / Breaking and Entering

For "First Degree Burglary", if it occurred in a residential structure, it can be charged as a class two (2) felony. For a first offense class two (2) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison of three (3) years to twelve and one half (12.5) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is four and one half (4.5) years to twenty-three and one quarter (23.25) years in prison. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is ten and one half (10.5) to thirty-five (35) years of incarceration.

For "First Degree Burglary" which occurred in a non-residential structure or a fenced commercial or residential yard, then this can be charged as a class three (3) felony. For a first offense class three (3) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison range of two (2) years to eight and three quarters (8.75) years in prison. If the person has one (1) allegeable historical prior conviction then the "prison only" range is three and one half (3.5) years to sixteen and one quarter (16.25) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is seven and one half (7.5) years to twenty-five (25) years of incarceration.

For "Second Degree Burglary," the case can be charged as a class three (3) felony. For a first offense class three (3) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison range of two (2) years to eight and three quarters (8.75) years in prison. If the person has one (1) allegeable historical prior conviction then the "prison only" range is three and one half (3.5) years to sixteen and one quarter (16.25) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is seven and one half (7.5) years to twenty-five (25) years of incarceration.

For "Third Degree Burglary," the case can be charged as a class four (4) felony. For a first offense class four (4) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison of one (1) year to three and three quarters (3.75) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is two and one quarter (2.25) years to seven and one half (7.5) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is six (6) years to fifteen (15) years of incarceration.

## Exhibit #4. Theft (A.R.S. 13-1802)

Theft ARS 13-1802

Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-1802 "Theft" can occur in a variety of ways. Watch this short video where David explains Theft in Arizona:

Depending on the value of the property, theft can be classified as a simple misdemeanor all the way up to a class two (2) felony, and the severity of the punishments vary widely.

When a person, without lawful authority, controls the property of another with the intent to deprive the other person of such property.

When a person converts services or property of another without authorization or by means of any material misrepresentation (i.e., stolen cable).

The defendant comes into control and appropriates to their own personal use lost, mislaid or misdelivered property of another person under circumstances providing means of inquiry as to the true owner , without reasonable efforts to notify the true owner.

The defendant controls property of another knowing or having reason to know that the property was stolen. Theft can also be charged when the defendant obtains services known to the defendant to be available only for compensation and the defendant does not pay the compensation or make an agreement to pay.

Theft also occurs when a person knowingly takes control, title, use or management of an incapacitated or vulnerable adult's assets or property through intimidation or deception. Proof that a person took control, title, use or management of a vulnerable adult's property without adequate consideration to the vulnerable adult may give rise to an inference that the person intended to deprive the vulnerable adult of the property.


## Possible Punishment for Theft

Theft in ArizonaIf the Theft of property or services has a value which exceeds $25,000.00, then it can be charged as a class two (2) felony. For a first offense class two (2) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail, or prison of three (3) years to twelve and one half (12.5) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is four and one half (4.5) years to twenty-three and one quarter (23.25) years in prison. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is ten to one half (10.5) to thirty-five (35) years of incarceration.

## WARNING: if the value of the property or services exceeds $100,000.00, then probation is not available and the range is "prison only" from three (3) years to twelve and one half (12.5) years of incarceration.

If the value of the property or services is $4,000.00 or more but less than $25,000.00 then the person can be charged with a class three (3) felony. For a first offense class three (3) felony, punishment can be probation with zero (0) days to one (1) year in jail, or prison range of two (2) to eight and three quarters (8.75) years in prison. If the person has one (1) allegeable historical prior conviction then the "prison

only" range is three and one half (3.5) years to sixteen and one quarter (16.25) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is seven and one half (7.5) years to twenty-five (25) years of incarceration.

If the value of the property or services is $3,000.00 but less than $4,000.00, then the person can be charged with a class four (4) felony (except that theft of any vehicle engine or transmission is a class 4 felony regardless of value). For a first offense class four (4) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail, or prison of one (1) year to three and three quarters (3.75) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is two and one quarter (2.25) to seven and one half (7.5) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is six (6) to fifteen (15) years of incarceration.

If the value of the property or services is $2,000.00 or more but less than $3,000.00, then the person can be charged with a class five (5) felony. A first offense punishment range for a class five (5) felony can be probation with zero (0) days up to one (1) year in jail, or prison of six (6) months to two and one half (2.5) years in custody. If the person has one (1) historical allegeable prior felony conviction, then the "prison only" range is one (1) to three and three quarters (3.75) years of incarceration. If the person has two (2) historical allegeable prior felony convictions then the "prison only" range is three (3) years to seven and one half (7.5) years of incarceration.

If the value of the property or services is $1,000.00 or more but less than $2,000.00, then the person can be charged with a class six (6) felony. For a first offense a class six (6) felony, punishment can be probation with zero (0) days up to one (1) year in jail, or prison of four (4) months to two (2) years of incarceration. If the person has one (1) historical allegeable prior felony conviction, then the "prison only" range is nine (9) months to two and three quarters (2.75) years in prison. If the person has two (2) historical allegeable prior felony convictions, then the "prison only" range is two and one quarter (2.25) to five and three quarters (5.75) years of incarceration.

If the value of the property or services is less than $1,000.00, then the person can be charged with a class one (1) misdemeanor (unless the property is taken from the person of another, is a firearm, or is an animal taken for the purpose of animal fighting in which case the theft is a class 6 felony). A class one (1) misdemeanor carries a possible range of punishment of probation with zero (0) days to six (6) months in jail. In addition, a fine of $2,500.00 plus 84% surcharge can be added on, along with restitution.

## Exhibit #5. Product Liability (A.R.S. 12-551)

Product Liability (A.R.S. 12-551)

Negligence Of The Manufacturer Or Seller Or A Breach Of An Expressed Warranty Provided By The

Manufacturer In Exchange Of Service's That Were Never Fully Met Or Satisfied.

Alarmed System Failed To Sound Off And Nobody At All Ever Tried To Contact ME Of My Storage Unit Being Broken Into For A Duration Of 180 Days, Possibly More.

## Exhibit #6. Breached Contract (A.R.S. 12-548)

Breached Contract (A.R.S. 12-548)

A Legal Cause Of Action Being Civilly Wrong, Binding Agreement Or Bargained For Service Never Met With One Or More Party's By Non Performance Or Interference Of Other's Duty's. Review The Contract See Attached Reports Provided.

## Exhibit #7. Negligence (A.R.S. 12-542)

Negligence (A.R.S. 12-542)

A failure to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances.   The behavior usually consists of actions, but can also consist of omissions when there is some duty to act (e.g., a duty to help victims of one's previous conduct).

  A failure to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances.   The behavior usually consists of actions, but can also consist of omissions when there is some duty to act (e.g., a duty to help victims of one's previous conduct).

Liability for Physical Harm § 3 (P.F.D. No. 1, 2005).   Negligent conduct may consist of either an act, or an omission to act when there is a duty to do so.   See Restatement (Second) of Torts § 282 (1965).

Four elements are required to establish a prima facie case of negligence:

the existence of a legal duty that the defendant owed to the plaintiff

defendant's breach of that duty

plaintiff's sufferance of an injury

proof that defendant's breach caused the injury (typically defined through proximate cause)

Determining Whether There Was A Duty To Act

Typically, if the defendant had a duty to act, did not act (resulting in a breach), and that breach caused an injury, then the defendant's actions will be classified as misfeasance. There are several ways to determine whether the defendant had a duty to act (note: this is NOT an exhaustive list):

The defendant engaged in the creation of the risk which resulted in the plaintiff's harm

Voluntary undertaking: The defendant volunteered to protect the plaintiff from harm

Knowledge: The defendant knows/should know that his conduct will harm the plaintiff

Business/voluntary relationships: ex: business owner and customer; innkeeper and guest; land possessor who opens her land to the public; person who voluntarily takes custody of another person

Typically in order to meet the injury element of the prima facie case, the injury must be one of two things:

bodily harm

harm to property (can be personal property or real property)

Pure economic loss will usually not meet the injury requirement. Sometimes emotional distress/harm may meet the bodily harm requirement (even if there is no accompanying physical harm).

**CRIMES AND**

**VIOLATIONS**

**APPLICABLE LAW SUPPORTING**

**CLAIMS**

**INJURIES**

## Racketeering-Injury To ME And My Business (A.R.S. 13-2314)

Racketeering-Injury To Business (A.R.S. 13-2314) My Actual Innocence Was Stolen From ME Worth Actual Trillions On The Black Market To Bribe, Blackmail Or Endanger Righteous Officials By Currupt Officials Or Any One Who   Has This Material To Try To Extort ME And My Civil Law Suits For My Actual Innocence Of False Fabricated Crimes By Supression Or Force.

500 Billion Dollars Worth Of Actual, Tampered, Evidence Was Stolen From Me And Now More Corrupt Officials Know This Being Certain Ones Who Been Fooling Righteous Officials.

## False Reporting (A.R.S. 13-2907)

False Reporting (A.R.S. 13-2907 A Crime That Occurs When Someone Makes A False Report That Involves A Serious Made Up Fabricated, Wrongful, False Crime That Never Happened To Cause Civil Damage To The Victim.

## Commiting Blackmail Or Theft By Extortion (A.R.S. 13-1804)

Commiting Blackmail Or Theft By Extortion (A.R.S. 13-1804 Exposing A Secret Or Asserted Fact Wether True Or False Or Other Payment Under This Chapter Either For Himself Or For Federal/Foreign Government Officials.

## False Statements To Obtain Benefits (A.R.S. 23-785)

False Statements To Obtain Benefits (A.R.S. 23-785) A Person Who Makes False Reports To Obtain & Increase Benefit Or Other Payment Under This Chapter Either For Himself Or For Federal/Foreign Government Officials.

## Disposition And Return Of Stolen Or Embezzled Property

## (A.R.S. 13-3941)

Disposition And Return Of Stolen Or Embezzled Property (A.R.S. 13-3941) When Property Was Stolen Or Embezzled Comes Into Possesion Of A Peace Officer Or Magistrate Holding It For Embezzled Property.

# DEMAND FOR RELIEF

### 20% Of $1 Trillion Dollars $200 Billion U.S.A. Dollars

**(A.R.S. 12-1251, 12-542)** To Be Settled In Or Outa Court For **$200 Billion U.S.A. Dollars** From All Combined Defendants Or Partie's Who Acted And Ingaged In This Unlawful Scheme. **Ill Except $60 Billion U.S.A. Dollars**, But If You Dont Come To An Agreement For Settling In Or Outa Court Within 45 Business Days From 4/1/2019, Then Defendants Will Be Arrested, Indicted, Prosecuted In State And Federal Law For International Global Crime's That Took Place On The Property Of Central Self Storage At The Location Of 9029 North 43rd Ave Phoenix, Arizona U.S.A.,

## This Is A State And U.S.A. International Proceeding Being Very Serious.

Plus **10%** Is To Be Accumulated Interest Of The Whole Settlement Amount For Each Month That Has Gone By Until A Final Agreement Is Decided For A Final Settlement To Be Awarded To ME Directly, Being Finalized To A Final Agreement Of The Whole Settled Amount When Awarded To ME From The Date Of The Occuring Crimes That Unlawfully Took Place On The Property Of Central Self Storage At 9029 North 43rd Ave Phoenix, Arizona U.S.A. 85051 Based On The Documented, Unfabricated, Actual Reports That I Investigated For Rule Motion Of Discovery **A.R.S. 15.1, 15.2**. Criminal Procedures.

### 10% Companies Stocks

**(A.R.S. 12-1251, 12-542)** Plus Demanding To Settle A Total Of **10% Companies Stocks** In Or Outa Court From All Combined Company Share's. Ill Except **4.51%** Of Company Stocks Outa Or In Court, But If You Dont Come To An Agreement For Settling In Or Outa Court 45 Business Days From 4/1/2019, All Partie's Will Be Prosecuted, Arrested, Indicted In State And Federal Law For International Global Crime's That Took Place On The Property Of Central Self Storage At The Location Of 9029 North 43rd Ave Phoenix, Arizona U.S.A.,

**This Is A State And U.S.A. International Proceeding Being Very Serious.**

Plus **10%** Is To Be Accumulated Interest Of The Whole Settlement Amount For Each Month That Has Gone By Until A Final Agreement Is Decided For A Final Settlement To Be Awarded To ME Directly, Being Finalized To A Final Agreement Of The Whole Settled Amount When Awarded To ME From The Date Of The Occuring Crimes That Unlawfully Took Place On The Property Of Central Self Storage At 9029 North 43rd Ave Phoenix, Arizona U.S.A. 85051 Based On The Documented, Unfabricated, Actual Reports That I Investigated For Rule Motion Of Discovery **A.R.S. 15.1, 15.2.** Criminal Procedures.

I Want A 10 Million Direct Deposit Rightaway And My Own 4 House's Worth 1 Million Each In Scottsdale, Cave Creek, Glendale And Phoenix, Arizona U.S.A. Plus Another 10 Million So I Can Buy My Own Cars And Trucks Of My Choice Until We Settle Billions.

**Also, Do Not Ingage Or Fabricate To Get Me Blackballed, Knocked Off By Anybody Or Anyone And Never Ever Wrongfully Accuse Me For False Fabricated Crimes And Never Try To Frame Me With Currupt People Or With Currupt Officials Who Been Excepting, Covered Up, Illegal Bribes To Jeopardize My Freedom, Living, Career And My Civil Law Suits. I Have Sector 4808 Area 51 Watching Everybody Now.**

### Rule Motion Of Discovery A.R.S. 15.1, 15.2. Criminal Procedures.

**Revised Statutes §12-341.01 My Recovery Attorney Fees To Be Awarded Seperately In Which I Will Reward The State And Federal Cost For Them Being Co-Plaintiffs.**

**(A.R.S. 13-1003) Conspiracy-**Occurrence When A Person Acts With the Intention To Assist Or Promote In Comission Of An Illegal Offense Making An Agreement With One Or More People To Engage In Conducting Crimes.

In Arizona, Conspiracy is defined by A.R.S. §13-1003 as being an occurrence when a person acts with the intention to assist or promote in the commission of an illegal offense and makes an agreement with one or more people to engage in conduct that results in at least one person taking action to further the offense.

It is important to note, however, that an overt act is not always required when the conspirators worked together to commit a felony act upon another person, such as arson or first-degree burglary. Additionally, when a person is facing these charges and has reasonable knowledge that their

co-conspirator has worked with third-parties to commit the same offensive act, then the defendant can also be connected to those third-parties. This can occur even when the defendant does not know the identity of the third-party individuals. Finally, anyone who is charged with Conspiracy should be aware that only one count can be charged for multiple offenses when the defendant has committed these acts under a single agreement with the co-conspirators.

**Potential Punishments For Conspiracy**

Those who have conspired to commit an act that is classified as a class one felony, such as murder, can be issued a life sentence in prison with no option for early release until they have served at least 25 years of their term. Any other charges for conspiring will be penalized according to the felony level issued for the crime that was the subject of the agreement among the conspirators. An example of this is a person who conspires with others to commit a class three felony. In this instance, a person would be tried and sentenced according to the procedures for any class three felony charge.

A first-offense class two felony faces a penalty ranging from probation to twelve and one-half years prison time. Those with one or more allegeable historical prior convictions can have their penalties escalated to include up to 35 years of incarceration.

A first-offense class three felony faces a penalty ranging from probation to eight and three-quarters years in jail. Those with one or more allegeable historical prior convictions can be sentenced with up to 24 years incarceration in prison.

A first-offense class four felony faces a penalty ranging from zero days up to a year in jail with probation, to three and three-quarter years prison time. Those with one or more allegeable historical prior convictions can be sentenced with up to 15 years of incarceration.

**(A.R.S. 13-2310) Fraudulent Schemes**-Person Or Group Creates A Scheme Or Artifice To Defraud Knowingly Obtains Any Benefit By Means Of False, Fraudulent Pretenses, Representations, Promises Or Material Omissions.

Fraudulent Schemes

Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-2310, "Fraudulent Schemes" occurs when a person creates a scheme or artifice to defraud, and knowingly obtains any benefit by means of false or fraudulent pretenses, representations, promises or material omissions. A "scheme or artifice" to defraud includes a scheme to deprive a person of the intangible right of honest services. To be convicted, it is not necessary that the person who is defrauded actually relied on the fraud.

## Possible Punishment for Fraudulent Schemes

Conviction on a first-offense Fraudulent Schemes charge is a class two (2) felony , carrying punishment of probation with zero (0) days in jail up to one (1) year in jail, or prison of three (3) years to twelve and one half (12.5) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is four and one half (4.5) years to twenty-three and one quarter (23.25) years in prison. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is ten and one half (10.5) to thirty-five (35) years of incarceration.

If the amount of benefit received by the defendant is valued at $100,000.00 or more, then probation is not available and the "prison only" range must be served. However, we would still argue for the minimum prison sentence as opposed to the maximum; your case is not hopeless.


In order to present a strong defense, it is important to have all aspects of the case investigated thoroughly. One of the most important things to do in a Fraudulent Schemes case it to interview the "victim"

"I" Joshua R. Macias, Interviewed Myself On 3/27/2017 Then I Started The Motion Of Discovery Procedure Ruling A.R.S. 15.1, 15.2


Additionally, because our law firm fights convictions from all angles, we would assert a wide range of defenses and challenges to constitutional violations that apply in all criminal cases. The possibilities are numerous and diverse. One of those we frequently assert is a "Miranda rights violation." In Arizona, the standard of whether any incriminating statement (i.e., a statement which tends to admit guilt) is admissible into evidence is based upon a "voluntariness" standard. If we can demonstrate that the police coerced you (i.e., intimidated or tricked you) into making a confession or inculpatory statement, or that they did not properly read you your Miranda Rights, then we can suppress those statements and any evidence gathered as a direct result of those statements. In addition, the "denial of right to Counsel" is another common defense which is often raised. This occurs when a suspect is in custody and requests to speak to their attorney, but is denied and questioning continues. Other defenses may include challenging the validity of any search warrant, or whether there were any "forensic flaws" during the investigation of your case. Depending on what else you have been charged with, this could include exposing flawed procedures regarding computer analysis/cloning hard drive procedures; Burglary ARS 13-1506, 13-1507 and 13-1508. Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-1506, §13-1507 and §13-1508, "Burglary" (also known as "breaking and entering") occurs when a person enters or unlawfully remains on a property with the intent to commit any type of Theft or felony therein.

**(A.R.S. 13-1506, 13-1507, 13-1508) BURGLARY**-Burglary ARS 13-1506, 13-1507 and 13-1508. Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-1506, §13-1507 and §13-1508, "Burglary" (also known as "breaking and entering") occurs when a person enters or unlawfully remains on a property with the intent to commit any type of Theft or felony therein.

Burglary ARS 13-1506, 13-1507 and 13-1508

Criminal Damage, Burglary, Arson, and Trespassing in Arizona » Burglary ARS 13-1506, 13-1507 and 13-1508

Whether in the Phoenix area, or anywhere in Arizona, per A.R.S. §13-1506, §13-1507 and §13-1508, "Burglary" (also known as "breaking and entering") occurs when a person enters or unlawfully remains on a property with the intent to commit any type of Theft or felony therein. Burglary in the "First Degree" occurs when a person possesses a deadly weapon or dangerous instrument (or an explosive) during the Burglary. Burglary in the "Second Degree" occurs when a person has merely entered a residential structure without a deadly weapon. Burglary in the "Third Degree" occurs when a person has entered a fenced commercial or residential yard, or has made entry into a motor vehicle by means of manipulation of the key or master

ANYBODY OR ANYONE TRYNA FABRICATE FALSE CRIMES AGAINST ME I'M INDICTING ANYBODY TRYNA RUIN MY CIVIL LAW SUITS FOR MY ACTUAL INNOCENCE. IF YOUR FOR ME ILL PROTECT YOU, IF YOUR TRYNA MAKE UP FALSE FABRICATED CRIMES AGAINST ME, I WONT PROTECT YOU.

## Possible Punishment for Burglary / Breaking and Entering

For "First Degree Burglary", if it occurred in a residential structure, it can be charged as a class two (2) felony. For a first offense class two (2) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison of three (3) years to twelve and one half (12.5) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is four and one half (4.5) years to twenty-three and one quarter (23.25) years in prison. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is ten and one half (10.5) to thirty-five (35) years of incarceration.

For "First Degree Burglary" which occurred in a non-residential structure or a fenced commercial or residential yard, then this can be charged as a class three (3) felony. For a first offense class three (3) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison range of two (2) years to eight and three quarters (8.75) years in prison. If the person has one (1) allegeable historical prior conviction then the "prison only" range is three and one half (3.5) years to sixteen and one quarter (16.25) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is seven and one half (7.5) years to twenty-five (25) years of

incarceration.

For "Second Degree Burglary," the case can be charged as a class three (3) felony. For a first offense class three (3) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison range of two (2) years to eight and three quarters (8.75) years in prison. If the person has one (1) allegeable historical prior conviction then the "prison only" range is three and one half (3.5) years to sixteen and one quarter (16.25) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is seven and one half (7.5) years to twenty-five (25) years of incarceration.

For "Third Degree Burglary," the case can be charged as a class four (4) felony. For a first offense class four (4) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail; or prison of one (1) year to three and three quarters (3.75) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is two and one quarter (2.25) years to seven and one half (7.5) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is six (6) years to fifteen (15) years of incarceration.

**(A.R.S.13-1802) THEFT-**Theft in ArizonaIf the Theft of property or services has a value which exceeds $25,000.00, then it can be charged as a class two (2) felony. For a first offense class two (2) felony, punishment can be probation with zero (0) days in jail up to one (1) year in jail, or prison of three (3) years to twelve and one half (12.5) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is four and one half (4.5) years to twenty-three and one quarter (23.25) years in prison. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is ten to one half (10.5) to thirty-five (35) years of incarceration.

**WARNING: if the value of the property or services exceeds $100,000.00, then probation is not available and the range is "prison only" from three (3) years to twelve and one half (12.5) years of incarceration.**

If the value of the property or services is $4,000.00 or more but less than $25,000.00 then the person can be charged with a class three (3) felony. For a first offense class three (3) felony, punishment can be probation with zero (0) days to one (1) year in jail, or prison range of two (2) to eight and three quarters (8.75) years in prison. If the person has one (1) allegeable historical prior conviction then the "prison only" range is three and one half (3.5) years to sixteen and one quarter (16.25) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is seven and one half (7.5) years to twenty-five (25) years of incarceration.

If the value of the property or services is $3,000.00 but less than $4,000.00, then the person can be charged with a class four (4) felony (except that theft of any vehicle engine or transmission is a class 4 felony regardless of value). For a first offense class four (4) felony, punishment can be probation with

zero (0) days in jail up to one (1) year in jail, or prison of one (1) year to three and three quarters (3.75) years of incarceration. If the person has one (1) allegeable historical prior conviction, then the "prison only" range is two and one quarter (2.25) to seven and one half (7.5) years of incarceration. If the person has two (2) allegeable historical prior convictions, then the "prison only" range is six (6) to fifteen (15) years of incarceration.

If the value of the property or services is $2,000.00 or more but less than $3,000.00, then the person can be charged with a class five (5) felony. A first offense punishment range for a class five (5) felony can be probation with zero (0) days up to one (1) year in jail, or prison of six (6) months to two and one half (2.5) years in custody. If the person has one (1) historical allegeable prior felony conviction, then the "prison only" range is one (1) to three and three quarters (3.75) years of incarceration. If the person has two (2) historical allegeable prior felony convictions then the "prison only" range is three (3) years to seven and one half (7.5) years of incarceration.

If the value of the property or services is $1,000.00 or more but less than $2,000.00, then the person can be charged with a class six (6) felony. For a first offense a class six (6) felony, punishment can be probation with zero (0) days up to one (1) year in jail, or prison of four (4) months to two (2) years of incarceration. If the person has one (1) historical allegeable prior felony conviction, then the "prison only" range is nine (9) months to two and three quarters (2.75) years in prison. If the person has two (2) historical allegeable prior felony convictions, then the "prison only" range is two and one quarter (2.25) to five and three quarters (5.75) years of incarceration.

If the value of the property or services is less than $1,000.00, then the person can be charged with a class one (1) misdemeanor (unless the property is taken from the person of another, is a firearm, or is an animal taken for the purpose of animal fighting in which case the theft is a class 6 felony). A class one (1) misdemeanor carries a possible range of punishment of probation with zero (0) days to six (6) months in jail. In addition, a fine of $2,500.00 plus 84% surcharge can be added on, along with restitution.

**(A.R.S. 12-551) PRODUCT LIALBILITY-**Negligence Of The Manufacturer Or Seller Or A Breach Of An Expressed Warranty Provided By The Manufacturer In Exchange Of Service's That Were Never Fully Met Or Satisfied.

HOW DOES ARIZONA DEFINE CRIMINAL DAMAGE?

A person can commit criminal damage in a number of different ways, according to A.R.S. 13-1602:

Recklessly defacing or damaging property.

Recklessly tampering with property of another person so as substantially to impair its function or value.

Recklessly damaging property of a utility.

Recklessly parking any vehicle in such a manner as to deprive livestock of access to the only reasonably available water.

Recklessly drawing a message, slogan, sign, or symbol on any public or private building without permission of the owner.

Intentionally tampering with utility property.

**The Prison Time For The Max If They Dont Wanna Cooperate And Settle For My Demands Plus They' ll Have To Give Me All Ownership Of Their Companies And Ill Decide When To Release Them From Actual Custody If They Dont Wanna Cooperate With ME, The U.S.A. And Arizona.**

**The Macias Law Firm**

**Joshua R. Macias**

**2002-2019 All Rights And Trade Marks Reserved**

# Unit Activity by Date - A0024

11/1/2016 to 12/1/2016

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Thursday, November 03, 2016** | | | | | |
| | 9:11:07 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:39:45 AM | 3 - Wireless Mux | Suspended Unit Door Alarm | A0024 | Jousha Macias |
| | 10:39:45 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Sunday, November 06, 2016** | | | | | |
| | 9:34:16 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Monday, November 07, 2016** | | | | | |
| | 8:10:29 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:10:29 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 12:50:39 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:30:21 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:30:21 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Friday, November 11, 2016** | | | | | |
| | 7:42:38 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:11:54 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:11:54 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, November 12, 2016** | | | | | |
| | 7:43:39 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:30:53 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:30:53 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:33:19 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Sunday, November 13, 2016** | | | | | |
| | 8:52:34 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:52:34 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 6:23:41 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 6:55:01 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 6:55:01 PM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Monday, November 14, 2016** | | | | | |
| | 7:49:06 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:36:40 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:36:40 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Wednesday, November 16, 2016** | | | | | |
| | 6:53:12 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 9:33:14 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:33:14 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Friday, November 18, 2016** | | | | | |
| | 7:45:52 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:14:08 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:14:08 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, November 19, 2016** | | | | | |
| | 7:46:30 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:50:33 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:50:33 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 9:56:34 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 5:16:35 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 5:16:35 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Tuesday, November 22, 2016** | | | | | |
| | 7:52:28 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:34:17 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:34:17 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Wednesday, November 23, 2016** | | | | | |
| | 7:57:21 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:40:57 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:40:57 AM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Friday, November 25, 2016** | | | | | |
| | 2:13:55 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 2:14:08 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 2:14:08 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, November 26, 2016** | | | | | |
| | 9:00:47 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Sunday, November 27, 2016** | | | | | |
| | 8:14:23 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:14:23 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, November 28, 2016** | | | | | |
| | 8:02:07 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 12:18:08 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 12:18:08 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 11:45:13 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Tuesday, November 29, 2016** | | | | | |
| | 8:50:01 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:50:01 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 7:39:50 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Wednesday, November 30, 2016** | | | | | |
| | 8:57:25 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:57:25 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:38:34 PM | 3 - Wireless Mux | Unit Closed | A0024 | |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Thursday, December 01, 2016** | | | | | |
| | 8:11:13 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:11:13 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:11:49 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:12:26 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:12:26 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:23:15 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:29:20 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:29:20 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:35:02 PM | 3 - Wireless Mux | Unit Closed | A0024 | |

# Unit Activity by Date - A0024

12/1/2016 to 3/27/2017

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Thursday, December 01, 2016** | | | | | |
| | 8:11:13 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:11:13 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:11:49 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:12:26 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:12:26 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:23:15 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:29:20 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:29:20 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:35:02 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Friday, December 02, 2016** | | | | | |
| | 8:24:21 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:24:21 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:41:10 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 9:22:08 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:22:08 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:08:44 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 6:48:10 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 6:48:10 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 6:48:17 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:59:13 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:59:13 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 11:22:42 PM | 3 - Wireless Mux | Unit Closed | A0024 | |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Saturday, December 03, 2016** | | | | | |
| | 8:05:55 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:05:55 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:06:02 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:25:25 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:25:25 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, December 05, 2016** | | | | | |
| | 4:10:30 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 5:20:39 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 5:20:39 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:21:13 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Tuesday, December 06, 2016** | | | | | |
| | 9:33:31 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:33:31 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 9:33:37 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 9:38:21 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:38:21 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 11:44:23 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:01:06 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:01:06 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 5:31:28 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:30:44 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:30:44 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Sunday, December 11, 2016** | | | | | |
| | 8:11:17 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:22:08 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:22:08 AM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Monday, December 12, 2016** | | | | | |
| | 6:25:51 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:21:14 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:21:14 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Tuesday, December 13, 2016** | | | | | |
| | 8:15:40 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:32:15 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:32:15 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, December 17, 2016** | | | | | |
| | 9:39:20 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:05:28 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:05:28 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Tuesday, December 27, 2016** | | | | | |
| | 10:23:55 AM | | User Edited | | Jousha Macias |
| | 4:25:04 PM | | User Edited | | Jousha Macias |
| **Thursday, December 29, 2016** | | | | | |
| | 10:30:08 AM | | User Edited | | Jousha Macias |
| **Friday, December 30, 2016** | | | | | |
| | 9:23:56 AM | | User Edited | | Jousha Macias |
| | 9:25:58 AM | | User Edited | | Jousha Macias |
| | 9:27:58 AM | | User Edited | | Jousha Macias |
| | 10:32:44 AM | | User Edited | | Jousha Macias |
| **Saturday, December 31, 2016** | | | | | |
| | 8:27:37 AM | | User Edited | | Jousha Macias |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Sunday, January 01, 2017** | | | | | |
| | 12:04:39 AM | | User Edited | | Jousha Macias |
| | 12:06:47 AM | | User Edited | | Jousha Macias |
| | 12:08:47 AM | | User Edited | | Jousha Macias |
| | 12:10:54 AM | | User Edited | | Jousha Macias |
| **Monday, January 02, 2017** | | | | | |
| | 1:19:37 PM | | User Edited | | Jousha Macias |
| **Tuesday, January 03, 2017** | | | | | |
| | 10:29:40 AM | | User Edited | | Jousha Macias |
| **Wednesday, January 04, 2017** | | | | | |
| | 12:04:21 AM | | User Edited | | Jousha Macias |
| | 12:06:28 AM | | User Edited | | Jousha Macias |
| | 12:08:31 AM | | User Edited | | Jousha Macias |
| | 12:10:31 AM | | User Edited | | Jousha Macias |
| | 8:23:12 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 9:02:30 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:02:30 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:46:00 AM | | User Edited | | Jousha Macias |
| | 10:48:08 AM | | User Edited | | Jousha Macias |
| | 10:50:08 AM | | User Edited | | Jousha Macias |
| | 10:52:13 AM | | User Edited | | Jousha Macias |
| **Thursday, January 05, 2017** | | | | | |
| | 10:32:02 AM | | User Edited | | Jousha Macias |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Friday, January 06, 2017** | | | | | |
| | 12:04:59 AM | | User Edited | | Jousha Macias |
| | 12:07:04 AM | | User Edited | | Jousha Macias |
| | 12:09:04 AM | | User Edited | | Jousha Macias |
| | 12:11:06 AM | | User Edited | | Jousha Macias |
| | 8:55:33 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:31:59 AM | | User Edited | | Jousha Macias |
| | 10:33:56 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:33:56 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, January 07, 2017** | | | | | |
| | 8:37:13 AM | | User Edited | | Jousha Macias |
| | 9:44:14 AM | | User Edited | | Jousha Macias |
| | 9:46:14 AM | | User Edited | | Jousha Macias |
| | 9:48:17 AM | | User Edited | | Jousha Macias |
| | 10:21:38 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:48:55 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:48:55 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Sunday, January 08, 2017** | | | | | |
| | 8:24:40 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:01:06 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:01:06 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, January 09, 2017** | | | | | |
| | 10:36:58 AM | | User Edited | | Jousha Macias |
| **Tuesday, January 10, 2017** | | | | | |
| | 10:30:23 AM | | User Edited | | Jousha Macias |
| **Thursday, January 12, 2017** | | | | | |
| | 10:34:22 AM | | User Edited | | Jousha Macias |
| | 10:41:00 AM | | User Edited | | Jousha Macias |
| | 10:43:00 AM | | User Edited | | Jousha Macias |
| | 10:45:00 AM | | User Edited | | Jousha Macias |
| | 10:47:00 AM | | User Edited | | Jousha Macias |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Friday, January 13, 2017** | | | | | |
| | 10:38:51 AM | | User Edited | | Jousha Macias |
| **Saturday, January 14, 2017** | | | | | |
| | 8:40:19 AM | | User Edited | | Jousha Macias |
| **Monday, January 16, 2017** | | | | | |
| | 10:54:01 AM | | User Edited | | Jousha Macias |
| | 12:05:30 PM | | User Edited | | Jousha Macias |
| | 12:07:33 PM | | User Edited | | Jousha Macias |
| | 12:09:33 PM | | User Edited | | Jousha Macias |
| **Tuesday, January 17, 2017** | | | | | |
| | 9:52:06 AM | | User Edited | | Jousha Macias |
| **Wednesday, January 18, 2017** | | | | | |
| | 10:34:27 AM | | User Edited | | Jousha Macias |
| **Thursday, January 19, 2017** | | | | | |
| | 10:42:28 AM | | User Edited | | Jousha Macias |
| **Saturday, January 21, 2017** | | | | | |
| | 8:50:25 AM | | User Edited | | Jousha Macias |
| **Monday, January 23, 2017** | | | | | |
| | 10:30:42 AM | | User Edited | | Jousha Macias |
| **Tuesday, January 24, 2017** | | | | | |
| | 10:31:50 AM | | User Edited | | Jousha Macias |
| **Wednesday, January 25, 2017** | | | | | |
| | 8:20:53 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:20:53 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Thursday, January 26, 2017** | | | | | |
| | 9:20:24 PM | 3 - Wireless Mux | Unit Closed | A0024 | |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Friday, January 27, 2017** | | | | | |
| | 4:09:05 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 4:09:05 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:36:18 AM | | User Edited | | Jousha Macias |
| | 8:10:39 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Saturday, January 28, 2017** | | | | | |
| | 8:07:10 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:07:10 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:07:16 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:08:04 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:08:04 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:43:17 AM | | User Edited | | Jousha Macias |
| **Monday, January 30, 2017** | | | | | |
| | 10:41:20 AM | | User Edited | | Jousha Macias |
| **Tuesday, January 31, 2017** | | | | | |
| | 10:31:31 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:47:19 AM | | User Edited | | Jousha Macias |
| | 12:07:07 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 12:07:07 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Wednesday, February 01, 2017** | | | | | |
| | 12:04:10 AM | | User Edited | | Jousha Macias |
| | 12:06:13 AM | | User Edited | | Jousha Macias |
| | 12:08:20 AM | | User Edited | | Jousha Macias |
| | 12:10:23 AM | | User Edited | | Jousha Macias |
| **Thursday, February 02, 2017** | | | | | |
| | 12:02:46 AM | | User Edited | | Jousha Macias |
| | 12:04:48 AM | | User Edited | | Jousha Macias |
| | 12:06:48 AM | | User Edited | | Jousha Macias |
| | 12:08:56 AM | | User Edited | | Jousha Macias |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Friday, February 03, 2017** | | | | | |
| | 5:38:12 AM | | User Edited | | Jousha Macias |
| | 5:40:14 AM | | User Edited | | Jousha Macias |
| | 5:42:14 AM | | User Edited | | Jousha Macias |
| | 5:44:17 AM | | User Edited | | Jousha Macias |
| | 10:33:27 AM | | User Edited | | Jousha Macias |
| **Saturday, February 04, 2017** | | | | | |
| | 8:24:48 AM | | User Edited | | Jousha Macias |
| | 8:47:40 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 9:27:48 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:27:48 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:07:28 AM | | User Edited | | Jousha Macias |
| **Sunday, February 05, 2017** | | | | | |
| | 8:32:47 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:50:38 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:50:38 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 11:49:07 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 12:42:56 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 12:42:56 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, February 06, 2017** | | | | | |
| | 10:38:27 AM | | User Edited | | Jousha Macias |
| **Tuesday, February 07, 2017** | | | | | |
| | 10:45:46 AM | | User Edited | | Jousha Macias |
| **Wednesday, February 08, 2017** | | | | | |
| | 1:33:48 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 5:14:12 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 5:14:12 PM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Thursday, February 09, 2017** | | | | | |
| | 10:33:41 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 12:26:08 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 12:26:08 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Friday, February 10, 2017** | | | | | |
| | 10:39:41 AM | | User Edited | | Jousha Macias |
| **Saturday, February 11, 2017** | | | | | |
| | 8:29:08 AM | | User Edited | | Jousha Macias |
| **Monday, February 13, 2017** | | | | | |
| | 10:34:41 AM | | User Edited | | Jousha Macias |
| **Tuesday, February 14, 2017** | | | | | |
| | 10:39:11 AM | | User Edited | | Jousha Macias |
| **Thursday, February 16, 2017** | | | | | |
| | 1:29:40 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 2:01:10 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 2:01:10 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Friday, February 17, 2017** | | | | | |
| | 10:34:10 AM | | User Edited | | Jousha Macias |
| | 11:29:01 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:03:18 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:03:18 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, February 18, 2017** | | | | | |
| | 8:35:57 AM | | User Edited | | Jousha Macias |
| **Sunday, February 19, 2017** | | | | | |
| | 8:24:58 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 11:33:59 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 11:33:59 AM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Monday, February 20, 2017** | | | | | |
| | 3:34:31 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:45:41 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:45:41 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:34:26 AM | | User Edited | | Jousha Macias |
| **Tuesday, February 21, 2017** | | | | | |
| | 10:30:40 AM | | User Edited | | Jousha Macias |
| **Wednesday, February 22, 2017** | | | | | |
| | 10:31:50 AM | | User Edited | | Jousha Macias |
| **Friday, February 24, 2017** | | | | | |
| | 7:52:28 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:59:11 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:59:11 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, February 25, 2017** | | | | | |
| | 7:31:12 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:34:36 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:34:36 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:28:21 AM | | User Edited | | Jousha Macias |
| **Sunday, February 26, 2017** | | | | | |
| | 1:00:53 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:34:58 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:34:58 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, February 27, 2017** | | | | | |
| | 5:04:57 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:54:13 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:54:13 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:33:47 AM | | User Edited | | Jousha Macias |
| | 11:01:04 AM | | User Edited | | Jousha Macias |
| | 11:01:57 AM | | User Edited | | Jousha Macias |
| | 11:17:46 AM | | User Edited | | Jousha Macias |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Tuesday, February 28, 2017** | | | | | |
| | 1:21:09 PM | | User Edited | | Jousha Macias |
| **Wednesday, March 01, 2017** | | | | | |
| | 6:09:36 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:28:33 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:28:33 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 9:19:31 AM | | User Edited | | Jousha Macias |
| **Thursday, March 02, 2017** | | | | | |
| | 12:18:21 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:34:02 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:34:02 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Saturday, March 04, 2017** | | | | | |
| | 8:15:49 AM | | User Edited | | Jousha Macias |
| **Sunday, March 05, 2017** | | | | | |
| | 9:09:05 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Monday, March 06, 2017** | | | | | |
| | 1:31:03 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:31:03 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 11:06:27 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:40:17 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:40:17 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 7:06:46 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:28:01 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:28:01 PM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Tuesday, March 07, 2017** | | | | | |
| | 6:12:02 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:00:34 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:00:34 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:31:17 AM | | User Edited | | Jousha Macias |
| | 10:32:14 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:51:24 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:51:24 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Wednesday, March 08, 2017** | | | | | |
| | 11:31:45 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 12:12:18 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 12:12:18 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Thursday, March 09, 2017** | | | | | |
| | 10:04:10 AM | | User Edited | | Jousha Macias |
| | 12:14:01 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:34:21 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:34:21 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Friday, March 10, 2017** | | | | | |
| | 10:30:08 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:36:17 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:36:17 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 11:01:04 AM | | User Edited | | Jousha Macias |
| | 12:31:13 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 12:34:55 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 12:34:55 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 12:43:53 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:49:17 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:49:17 PM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Saturday, March 11, 2017** | | | | | |
| | 8:08:06 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:47:19 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:47:19 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:49:39 AM | | User Edited | | Jousha Macias |
| | 9:36:16 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 2:01:58 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 2:01:58 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 7:23:28 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| **Sunday, March 12, 2017** | | | | | |
| | 10:24:33 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:24:33 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 8:00:11 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:05:51 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 8:05:51 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, March 13, 2017** | | | | | |
| | 10:21:19 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:27:16 AM | | User Edited | | Jousha Macias |
| | 11:42:52 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 11:42:52 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 1:49:37 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 2:37:52 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 2:37:52 PM | 3 - Wireless Mux | Unit Opened | A0024 | |

| Date | Time | Device | Description | Data | Name |
|------|------|--------|-------------|------|------|
| **Tuesday, March 14, 2017** | | | | | |
| | 9:29:59 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 9:42:45 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:42:45 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 9:57:54 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 10:04:52 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 10:04:52 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:37:49 AM | | User Edited | | Jousha Macias |
| | 11:25:28 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:25:13 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:25:13 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Thursday, March 16, 2017** | | | | | |
| | 12:57:24 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:01:11 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:01:11 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Friday, March 17, 2017** | | | | | |
| | 10:31:09 AM | | User Edited | | Jousha Macias |
| **Saturday, March 18, 2017** | | | | | |
| | 8:29:21 AM | | User Edited | | Jousha Macias |
| **Monday, March 20, 2017** | | | | | |
| | 10:48:13 AM | | User Edited | | Jousha Macias |
| **Tuesday, March 21, 2017** | | | | | |
| | 10:28:17 AM | | User Edited | | Jousha Macias |
| | 12:26:25 PM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 1:10:13 PM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 1:10:13 PM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Wednesday, March 22, 2017** | | | | | |
| | 10:30:51 AM | | User Edited | | Jousha Macias |
| **Friday, March 24, 2017** | | | | | |
| | 10:47:05 AM | | User Edited | | Jousha Macias |

| Date | Time | Device | Description | Data | Name |
|---|---|---|---|---|---|
| **Saturday, March 25, 2017** | | | | | |
| | 8:20:06 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 8:39:35 AM | | User Edited | | Jousha Macias |
| | 9:02:52 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 9:02:52 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Sunday, March 26, 2017** | | | | | |
| | 7:20:13 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:21:38 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:21:38 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 7:23:25 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:49:59 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:49:59 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| **Monday, March 27, 2017** | | | | | |
| | 7:20:45 AM | 3 - Wireless Mux | Unit Closed | A0024 | |
| | 7:46:32 AM | 3 - Wireless Mux | Rented Unit Door Alarm | A0024 | Jousha Macias |
| | 7:46:32 AM | 3 - Wireless Mux | Unit Opened | A0024 | |
| | 10:31:20 AM | | User Edited | | Jousha Macias |
| | 11:59:07 AM | 1 - Entry Keypad | Granted Entry | A0024 | Jousha Macias |
| | 12:20:06 PM | 2 - Exit Keypad | Granted Checked Out Door Open | A0024 | Jousha Macias |